IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACKIE T. DANSBY                                                                                  PLAINTIFF

vs.                                              Case No. 1:14-cv-1020

NATHAN GREELEY, et al.                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 2, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Bryant recommends Plaintiff's Complaint be dismissed on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules, failed to comply with the Court's Order, and failed to prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of December, 2015.

                                                                  /s/ Susan O. Hickey
                                                                  Susan O. Hickey
                                                                  United States District Judge